SUBJECT: THE STRATEGIC DISMANTLING OF THE INMATE GRIEVANCE SYSTEM BY MANIPULATIVE TDCJ EMPLOYEES, TO INFLUENCE AN UNBALANCED SYSTEM & TOTAL ABUSE OF POWER & AUTHORITY.
AN OBVIOUS CONFLICT OF INTEREST BETWEEN TDCJ & THE OMBUDSMAN DEPT.

ADDRESS: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST.
TYLER, TX, 75702

FILED
JAN 1 3 2023
Clerk, U.S. District Court
Texas Eastern

DEAR COURT CLERK,                                             DECEMBER 31, 2022

    SIR / MADAM, MY APOLOGIES FOR DISTURBING YOUR IMPORTANT BUSINESS MATTERS ESPECIALLY DURING THE HOLIDAY SEASON, BUT I WOULD LIKE TO HAVE THE PRIVILEGE OF YOUR TIME PERTAINING TO AN IMPORTANT DILEMMA. MY NAME IS PARREN SMITH AND EARLIER THIS YEAR, IN JULY 2022, I PERSONALLY WROTE A LETTER TO SEVERAL PUBLIC ENTITIES REGARDING MULTIPLE VIOLATIONS & OFFENSES I UNWILLINGLY SUFFERED FROM SEVERAL TDCJ OFFICERS WHILE IN CUSTODY ON HAMILTON UNIT IN BRYAN, TEXAS. THIS ISSUE STILL HAS NOT BEEN RESOLVED. NEXT, I ATTEMPTED TO CONTACT THE PRISON OMBUDSMAN DEPT. BUT THE OMBUDSMAN ABSOLUTELY FAILED TO BE OF ANY ASSISTANCE TO ME, MY ATTORNEY, OR MY FAMILY, UNFORTUNATELY. THE ONLY ASSISTANCE THE OMBUDSMAN OFFERED TO ME WAS A SMALL PIECE OF PAPER DIRECTING ME TO THE INMATE GRIEVANCE PROCESS, WHICH IS CURRENTLY BEING DISMANTLED, FUNCTIONING IMPROPERLY BY INEXPERIENCED TDC OFFICIALS, WHICH IS HINDERING ALL LAWFUL PROGRESS FORWARD FOR EVERY TDC INMATE DEPENDING ON THE FAIR INTERVENTION OF THE INMATE GRIEVANCE PROCESS.

    SIR / MA'AM WITH ALL DO RESPECT, I'M IN DIRE NEED OF ANOTHER EXTERNAL OR INDEPENDENT OPERATION BESIDES THE TDCJ / OMBUDSMAN ASSOCIATION BECAUSE THE CURRENT INMATE GRIEVANCE SYSTEM IS SLOWLY LOSING ALL CREDIBILITY, INTEGRITY, AND DIGNITY. THE FAIR INTERVENTION OF THE INMATE GRIEVANCE SYSTEM PROCESS CURRENTLY IS WITHOUT MERIT WHILE FLAGRANTLY BEING NEGLECTED, IGNORED AND DISREGARDED BY THE TDCJ EMPLOYEES MANAGING THE INVESTIGATION GRIEVANCE PROCEDURE FOR ALL INMATES IN TDCJ. THESE DELIBERATE ACTIONS ARE CONSEQUENTLY LEAVING ALL INMATES AND MYSELF AT A COMPLETE DISADVANTAGE UNFORTUNATELY, AGAINST AN UNFAIR POWER STRUCTURE. THE GENERAL AND STANDARD PRINCIPLE OF " ACCOUTABILITY " IS VOID FOR THE MAJORITY OF TDCJ EMPLOYEES, IN A SUPREMELY FLAWED SYSTEM. THE CONTRADICTION OF ENDLESS RULES, REGULATIONS, POLICIES, CODES, & DECREES IMPLEMENTED TO MAINTAIN INMATES WITHIN A CONTROLLED ENVIRONMENT, CAN'T BE MONITORED AGAINST RETALIATION, HARASSMENT, AND UNNECESSARY VINDICTIVE TACTICS DAILY USED BY EMOTIONAL PRISON CORRECTIONAL OFFICERS, WITHOUT AN OFFICIAL AND RELIABLE INMATE GRIEVANCE REPORT SYSTEM.

    AT THIS MOMENT, I PERSONALLY HAVE HAD 2 GRIEVANCES ( # 2022114860 & #2022119375 ) PURPOSEFULLY DESTROYED, VANISHED, AND NOT PROCESSED CORRECTLY AS AN ATTEMPT BY DECEPTIVE & MANIPULATIVE TDCJ EMPLOYEES, TO HIDE MULTIPLE GRIEVANCES THAT I HAVE WRITTEN. I HAVE OFFICIAL DOCUMENTS, SIGNATURES, AND EVIDENCE TO PROVE ALL THESE FACTS TO BE TRUE. OTHER INMATES ALSO IN TDC ARE HAVING THESE SAME DISHONEST MANEUVERS USED AGAINST THEM, WHILE LOSING FAITH AND TRUST IN A DAMAGED INMATE GRIEVANCE PROCESS. THEREFORE THE PRIMARY REASON WHY THE TDC EMPLOYEES ARE INTENTIONALLY TRYING TO MAKE GRIEVANCE# 2022119375 CEASE TO EXIST AND CONCEAL IT, IS BECAUSE THE CHARGING OFFICER RESPONSIBLE FOR WRITING THE SUPERFICIAL & FRAUDULENT DISCIPLINARY CASE# 20220181460 AGAINST ME, INTENTIONALLY LIED TO RETALIATE AGAINST ME BECAUSE I WROTE GRIEVANCES EXPOSING THEIR CORRUPTION, DECEIT, AND MALICE. AFTER 15 YEARS INCARCERATED, I FINALLY EARNED MY PAROLE, BUT A TDC OFFICER WAS ALLOWED TO WRITE A FRIVILOUS DISCIPLINARY CASE AGAINST ME ACCUSING ME OF HAVING AN EXTRA SHIRT!!! AN EXTRA SHIRT IS CONSIDERED CONTRABAND IN THE TDC HANDBOOK!!! I DID NOT HAVE ANY......

... I DID NOT HAVE ANY DRUGS, WEAPONS, OR A CELL PHONE IN MY POSSESSION BECAUSE THAT IS'NT WHO I AM. THE OFFICER WROTE ME A BOGUS DISCIPLINARY CASE FOR BEING IN POSSESSION OF AN EXTRA SHIRT AND CLOTHES, AND THIS CASE INEVITABLY HAD MY PAROLE REVOKED, MAKING THIS A CRISIS FOR MY SON, MY MOTHER & FATHER, AND MYSELF. THE GRIEVANCE I WROTE IN JULY APPEALING THIS SPECIFIC DISCIPLINARY CASE HAS SUDDENLY DISAPPEARED, WITHOUT BEING PROCESSED CORRECTLY IN ACCORD WITH THE TDCJ GRIEVANCE POLICY.

SIR / MADAM, I HAVE WRITTEN THE OMBUDSMAN SEVERAL LETTERS LETTERS REGARDING THIS MATTER BUT THE OMBUDSMAN IS OF NO ASSISTANCE. THIS IS ANOTHER REASON WHY THE CONNECTION OF TDCJ AND THE OMBUDSMAN COMMISSION IS 99% NON-EFFECTIVE FOR TDCJ INMATES TO HAVE TRUST IN TO ALLEVIATE BASIC PROBLEMS, ISSUES, AND DILEMMAS THAT ARE OF IMPORTANCE AND THAT NEED TO BE RESOLVED WITHOUT THE BIAS INTERFERENCE OF TDCJ OFFICIALS OR THE ABUSE OF THE ABUSE OF POWER AND AUTHORITY BY TDCJ SUPERIORS. I WOULD APPRECIATE IF YOU WILL ASSIST ME WITH THIS MATTER SO THE MORAL EQUITY CAN BE RESTORED BACK TO THE COMMON STRUCTURE OF THE TDCJ HALLMARK, WHICH IS THE FAIR INTERVENTION OF THE INMATE GRIEVANCE PROCESS. I'M GRATEFUL FOR THE GIFT OF YOUR TIME AND UNDERSTANDING. THANK YOU & GOD BLESS YOU AND YOUR FAMILY DURING THIS HOLIDAY SEASON.

RESPECTFULLY SUBMITTED,

*[signature: Parren Smith]*

PARREN SMITH
LEWIS UNIT
TDC# 1542797
777 FM 3497
WOODVILLE, TX. 75990